**Bowman and Brooke** LLP

*Attorneys at Law*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2026

317 George Street, Suite 320
New Brunswick, NJ  08901
Phone: 201-577-5190
Fax: 201-577-5188
bowmanandbrooke.com

Christopher R. Carton
Direct: 201-577-5175
Email: chris.carton@bowmanandbrooke.com

June 10, 2026

***VIA ECF***

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:**    ***Carmelo Tripodi v. Elutia Inc. f/k/a Aziyo Biologics, Inc., DCI Donor Services, Inc. d/b/a Tennessee Donor Services, Berkeley Biologics, LLC, and Henry Schein, Inc.,***

***United States District Court, Southern District of New York***
***Civil Action No.: 1:26-CV-01088-MKV***

***Joint Letter Motion requesting remote appearance at Initial Pretrial Conference on 6/16/2026 at 2:30 pm***

Dear Judge Vyskocil:

The parties — plaintiff Carmelo Tripodi, defendants Elutia, Inc. f/k/a Aziyo Biologics, Inc., DCI Donor Services, Inc. d/b/a Tennessee Donor Services, Berkeley Biologics, LLC and Henry Schein, Inc., respectfully submit this joint letter motion requesting permission from the Court to appear remotely at the Initial Pretrial Conference on June 16, 2026 at 2:30 pm EST.

This joint request is made more than 72 hours before the scheduled conference, and no party seeks to adjourn the Initial Pretrial Conference. The parties timely submitted their joint letter and proposed Civil Case Management Plan and Scheduling Order yesterday, June 9. 2026. Counsel appearing remotely will be prepared to address the matters likely to arise at the Initial Pretrial

Honorable Mary Kay Vyskocil
June 10, 2026
Page 2

Conference, including scheduling, discovery, and case-management issues, and will have authority

to bind the parties they represent for those purposes. Allowing remote appearance also would

conserve the parties' and counsel's resources given the number of parties and counsel located

outside this District, without causing prejudice or affecting the Court's ability to conduct the

conference.

**SALTZ MONGELUZZI & BENDESKY P.C.**
By: */s/ Lawrence R. Cohan*
Lawrence R. Cohan (Admitted PHV)
David C. Magagna Jr. (PHV forthcoming)
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 486.8282
lcohan@smbb.com
dmagagna@smbb.com

**MEIROWITZ & WASSERBERG, LLP**
Samuel Meirowitz, Esq. (3998648)
1040 6th Avenue, 10th Floor
New York, NY 10018
Tel.: (212) 897.1988
sam@mwinjurylaw.com
*Attorneys for Plaintiffs*

**HARRIS BEACH MURTHA CULLINA, PLLC**
By: */s/ Anthony Ruzzi, Esq          .*
Judi Abbott Curry, Esq.
Anthony Ruzzi, Esq.
100 Wall Street
New York, NY 10005
(212) 687-0100
jcurry@harrisbeachmurtha.com
aruzzi@harrisbeachmurtha.com
*Attorneys for Defendant Henry Schein Inc.*

**BOWMAN AND BROOKE LLP**
By: */s/ Christopher R. Carton*
Christopher R. Carton, Esq. (5611090)
52 Duane Street, 7th Floor
New York, NY 10007
Tel.: (646) 844.9252
chris.carton@bowmanandbrooke.com

By: */s/ Jessica R. Garrity*
Jessica R. Garrity, Esq. (*Admitted PHV*)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel.: (612) 672.3206
jessica.garrity@bowmanandbrooke.com
*Attorneys for Defendants Elutia, Inc. and Berkeley Biologics, LLC*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By: */s/ Aryan K. Vavila, Esq.*
Aryan K. Vavila, Esq. (AKV 6091425)
Jennifer W. Yuen, Esq. (JWY 8888)
*Attorneys for Defendant*
140 Broadway, Suite 3100
New York, NY 10005
(646) 989-9467
aryan.vavila@lewisbrisbois.com
jennifer.yuen@lewisbrisbois.com
*Attorneys for DCI Donor Services, Inc. d/b/a Tennessee Donor Servi*

---

The parties' request is DENIED.  The conference will be held in person in Courtroom 18C.  SO ORDERED.

Date: 6/11/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge