USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO TRIPODI,<br><br>                                      Plaintiff,<br><br>      -against-<br><br>ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC., DCI DONOR SERVICES, INC. D/B/A TENNESSEE DONOR SERVICES, BERKELEY BIOLOGICS, LLC AND HENRY SCHEIN, INC.,<br><br>                                      Defendants. | Case No. 1:26-CV-01088 (MKV)<br><br>[PROPOSED] **CONSENT ORDER GRANTING DEFENDANT ELUTIA INC.'S MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION OF DCI DONOR SERVICES, INC.'S CROSS-CLAIMS** |

Upon consideration of Defendant Elutia Inc. f/k/a Aziyo Biologics, Inc.'s Motion to Stay DCI Donor Services, Inc.'s Cross-Claims Pending Completion of Contractual Dispute Resolution Process and to Compel Compliance with Section 7.4 of the Parties' Agreement [ECF No. 47], and supporting Memorandum of Law [ECF No. 47-1], the record in this action and upon consent and agreement of Defendant Elutia Inc. f/k/a Aziyo Biologics, Inc. ("Elutia") and Defendant DCI Donor Services, Inc. d/b/a Tennessee Donor Services ("DCIDS"), it is hereby:

**ORDERED** that Defendant Elutia's Motion [ECF No. 47] is **GRANTED** to the extent set-forth in this Order; and it is further;

**ORDERED** that Defendant DCIDS shall prosecute its cross-claims against Defendant Elutia in accordance with the dispute-resolution process required by Section 7.4 of the Parties' Agreement, including arbitration if necessary; and it is further;

**ORDERED** that Defendant DCIDS' cross-claims against Defendant Elutia are **STAYED** pending completion of the dispute-resolution process required by Section 7.4 of the Parties' Agreement, including arbitration if necessary; and it is further;

**ORDERED** that all proceedings and discovery between Defendant DCIDS and Defendant Elutia concerning DCIDS' cross-claims against Elutia Inc. are **STAYED** pending further order of the Court; and it is further;

**ORDERED** that this Order does not stay Plaintiff's claims against any Defendant, nor does it stay any other claims, defenses, or proceedings in this action, except as expressly set forth herein; and it is further;

**ORDERED** that this Order is without prejudice to the rights, claims, defenses, and positions of Defendant Elutia and Defendant DCIDS in Section 7.4 of the Parties' Agreement regarding the dispute-resolution process; and it is further;

**ORDERED** that Defendant Elutia and Defendant DCIDS shall file a joint status letter within fourteen (14) days after completion of the dispute-resolution process in Section 7.4 of the Parties' Agreement, including arbitration if necessary, or as otherwise directed by the Court.

**CONSENTED TO:**

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **BOWMAN AND BROOKE LLP** |
| By: ___/s/ Jennifer W. Yuen_____ | By: ___/s/ Jessica R. Garrity_____ |
| Jennifer W. Yuen, Esq. (JWY 8888) | Jessica R. Garrity, Esq. (*Admitted PHV*) |
| Aryan K. Vavila, Esq. (AKV 6091425) | 150 South Fifth Street, Suite 3000 |
| 140 Broadway, Suite 3100 | Minneapolis, MN 55402 |
| New York, NY 10005 | Tel.: (612) 672-3206 |
| (646) 989-9467 | jessica.garrity@bowmanandbrooke.com |
| aryan.vavila@lewisbrisbois.com | |
| jennifer.yuen@lewisbrisbois.com | Christopher R. Carton, Esq. (5611090) |
| | Erica S. Mekles, Esq. (4849543) |
| ***Attorneys for Defendant DCI Donor Services, Inc. d/b/a Tennessee Donor Services*** | 52 Duane Street, 7th Floor |
| | New York, NY 10007 |
| | Tel.: (646) 844-9252 |
| | chris.carton@bowmanandbrooke.com |
| | |
| | ***Attorneys for Defendants Elutia, Inc. and Berkeley Biologics, LLC*** |

SO ORDERED this ___29th___ day of ____June_____, 2026.

*Mary Kay Vyskocil*

Hon. Mary Kay Vyskocil
United States District Judge