USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO TRIPODI,

Plaintiff,

-against-

ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC., DCI DONOR SERVICES, INC. D/B/A TENNESSEE DONOR SERVICES, BERKELEY BIOLOGICS, LLC AND HENRY SCHEIN, INC.,

Defendants.

Case No. 1:26-CV-01088 (MKV)

**[PROPOSED] AMENDED CONSENT ORDER CLARIFYING APPLICATION OF PRIOR CONSENT ORDER TO OPERATIVE CROSSCLAIMS**

Upon consideration of the Joint Letter Motion of Defendants Elutia Inc. f/k/a Aziyo Biologics, Inc. ("Elutia") and DCI Donor Services, Inc. d/b/a Tennessee Donor Services ("DCIDS"), and the Court having previously entered its Consent Order granting Elutia's Motion to Stay Proceedings and Compel Arbitration of DCIDS' Crossclaims, it is hereby:

**ORDERED** that the Court's prior Consent Order entered on June 29, 2026 (ECF No. 65) shall apply to the crossclaims asserted by DCIDS against Elutia in DCIDS' Answer to Plaintiff's Amended Complaint (ECF No. 68) and it is further;

**ORDERED** that Defendant DCIDS shall prosecute those cross-claims against Defendant Elutia in accordance with the dispute-resolution process required by Section 7.4 of the Parties' Agreement, including arbitration if necessary; and it is further;

**ORDERED** that Defendant DCIDS' cross-claims against Defendant Elutia are **STAYED** pending completion of the dispute-resolution process required by Section 7.4 of the Parties' Agreement, including arbitration if necessary; and it is further;

**ORDERED** that all proceedings and discovery between Defendant DCIDS and Defendant Elutia concerning DCIDS' cross-claims against Elutia Inc. are **STAYED** pending further order of the Court; and it is further;

Case 1:26-cv-01088-MKV Document 75-1 Filed 07/21/26 Page 2 of 2

**ORDERED** that all remaining provisions of the Court's Consent Order (ECF No. 65) entered on June 29, 2026 remain unchanged and in full force and effect.

**CONSENTED TO:**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Aryan K. Vavila*
Jennifer W. Yuen, Esq. (JWY 8888)
Aryan K. Vavila, Esq. (AKV 6091425)
140 Broadway, Suite 3100
New York, NY 10005
(646) 989-9467
aryan.vavila@lewisbrisbois.com
jennifer.yuen@lewisbrisbois.com

***Attorneys for Defendant DCI Donor Services, Inc. d/b/a Tennessee Donor Services***

**BOWMAN AND BROOKE LLP**

By: */s/ Jessica R. Garrity*
Jessica R. Garrity, Esq. (*Admitted PHV*)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel.: (612) 672-3206
jessica.garrity@bowmanandbrooke.com

Christopher R. Carton, Esq. (5611090)
Erica S. Mekles, Esq. (4849543)
52 Duane Street, 7th Floor
New York, NY 10007
Tel.: (646) 844-9252
chris.carton@bowmanandbrooke.com

***Attorneys for Defendants Elutia, Inc. and Berkeley Biologics, LLC***

SO ORDERED this 22nd day of July, 2026.

Mary Kay Vyskocil
Hon. Mary Kay Vyskocil
United States District Judge