USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO TRIPODI,<br><br>Plaintiff,<br><br>v.<br><br>ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC., DCI DONOR SERVICES, INC. D/B/A TENNESSEE DONOR SERVICES, BERKELEY BIOLOGICS, LLC AND HENRY SCHEIN, INC.<br><br>Defendants. | Case No. 1:26-CV-1088<br><br>**~~[PROPOSED]~~ CONSENT ORDER CONSENT ORDER STAYING HENRY SCHEIN, INC.'S CROSS-CLAIMS AGAINST BERKELEY BIOLOGICS, LLC** |

Upon consideration of the Joint Letter Motion brought by Defendants Berkeley Biologics, LLC ("Berkeley") and Henry Schein, Inc. ("HSI") requesting a limited stay of HSI's cross-claims against Berkeley, the record in this action, and the consent of Berkeley and HSI, and for good cause shown, it is hereby:

**ORDERED** that the Joint Letter Motion is **GRANTED** to the extent set forth herein; and it is further

**ORDERED** that HSI's cross-claims against Berkeley, including all related proceedings and discovery between HSI and Berkeley, are **STAYED** pending further order of the Court; and it is further

**ORDERED** that Berkeley's deadline to answer, move, or otherwise respond to HSI's cross-claims is **STAYED**, and Berkeley shall answer, move, or otherwise respond within fourteen (14) days after entry of an order lifting the stay, unless otherwise ordered by the Court; and it is further;

**ORDERED** that this Order does not stay Plaintiff's claims against any Defendant or any other claims, defenses, discovery, or proceedings in this action, except as expressly set forth herein; and it is further;

**ORDERED** that this Order does not resolve the merits of HSI's cross-claims or any threshold contractual issue and is without prejudice to the Parties' respective claims, defenses, objections, and positions, including either Party's ability to pursue any available alternative dispute-resolution process upon lifting of the stay; and it is further;

**ORDERED** that Berkeley and HSI shall submit a joint status letter upon the earlier of: (1) 180 days after entry of this Order; or (2) 14 days after the settlement, dismissal, or other final resolution of all of Plaintiff's claims. The joint status letter shall advise the Court whether the stay should be continued, lifted, or modified and propose any appropriate further proceedings, or provide such other information as the Court may direct.

**CONSENTED TO:**

**HARRIS BEACH MURTHA CULLINA, PLLC**

By: /s/ Anthony Ruzzi
Anthony Ruzzi, Esq.
Judi Abbott Curry, Esq.
100 Wall St
New York, NY 10005
(212) 687-0100
jcurry@harrisbeachmurtha.com
aruzzi@harrisbeachmurtha.com
***Attorneys for Henry Schein, Inc.***

**BOWMAN AND BROOKE LLP**

By: /s/ J. Garrity
Jessica R. Garrity, Esq. (*Admitted PHV*)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel.: (612) 672.3206
jessica.garrity@bowmanandbrooke.com

Christopher R. Carton, Esq. (5611090)
52 Duane Street, 7th Floor
New York, NY 10007
Tel.: (646) 844.9252
chris.carton@bowmanandbrooke.com
***Attorneys for Defendant and Berkeley Biologics, LLC***

**SO ORDERED.**

Dated: 8/10/2026, 2026
New York, New York

Mary Kay Vyskocil
Hon. Mary Kay Vyskocil
United States District Judge