USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO TRIPODI,<br><br>Plaintiff,<br><br>v.<br><br>ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC., DCI DONOR SERVICES, INC. D/B/A TENNESSEE DONOR SERVICES, BERKELEY BIOLOGICS, LLC AND HENRY SCHEIN, INC.<br><br>Defendants. | Case No. 1:26-CV-1088<br><br>~~[PROPOSED]~~ **CONSENT ORDER STAYING HENRY SCHEIN, INC.'S CROSS-CLAIMS AGAINST ELUTIA INC. F/K/A AZIYO BIOLOGICS, INC. PENDING CONTRACTUAL DISPUTE RESOLUTION** |

Upon consideration of the Joint Letter Motion brought by Defendants Elutia Inc. f/k/a Aziyo Biologics, Inc. ("Elutia") and Henry Schein, Inc. ("HSI"), requesting entry of a Consent Order staying HSI's cross-claims against Elutia pending contractual dispute resolution, the Tissue Processing, Supply and Distribution Agreement and related Continuing Guaranty and Indemnification filed under seal, the record in this action, and the consent of Elutia and HSI, the Court finds that HSI's cross-claims against Elutia are subject to the dispute-resolution provision set forth in Section 8.12 of the Tissue Processing, Supply and Distribution Agreement. Accordingly, it is hereby:

**ORDERED** that the Joint Letter Motion is **GRANTED** to the extent set forth in this Order; and it is further;

**ORDERED** that any future pursuit of HSI's cross-claims against Elutia shall proceed in accordance with the dispute-resolution process set forth in Section 8.12 of the Tissue Processing, Supply and Distribution Agreement, including binding arbitration in accordance with the Rules of the American Arbitration Association if necessary; and it is further;

**ORDERED** that Defendant HSI's cross-claims against Defendant Elutia are STAYED pending further order of the Court; and it is further;

**ORDERED** that all proceedings and discovery between Defendant HSI and Defendant Elutia concerning HSI's cross-claims against Elutia Inc. are STAYED pending further order of the Court; and it is further;

**ORDERED** that the 60-day resolution period under Section 8.12 is tolled while HSI's cross-claims against Elutia remain stayed, and the parties shall retain the full 60-day period upon lifting of the stay; and it is further;

**ORDERED** that this Order does not stay Plaintiff's claims against any Defendant, nor does it stay any other claims, defenses, or proceedings in this action, except as expressly set forth herein; and it is further;

**ORDERED** that this Order is without prejudice to the rights, claims, defenses, and positions of Defendant Elutia and Defendant HSI in any future dispute-resolution process under Section 8.12; and it is further;

**ORDERED** that Defendant Elutia and Defendant HSI shall file a joint status letter within fourteen (14) days after completion of the Section 8.12 dispute-resolution process, including arbitration if necessary, or as otherwise directed by the Court.

**IT IS FURTHER ORDERED** that Defendant Elutia and HSI's joint application to seal Exhibit B is **GRANTED**.

The Clerk of Court is respectfully requested to terminate docket entries 78 and 79.

**CONSENTED TO:**

**HARRIS BEACH MURTHA CULLINA, PLLC**

By: [signature]
Anthony Ruzzi, Esq.
Judi Abbott Curry, Esq.
100 Wall St
New York, NY 10005
(212) 687-0100
jcurry@harrisbeachmurtha.com
aruzzi@harrisbeachmurtha.com

***Attorneys for Henry Schein, Inc.***

**BOWMAN AND BROOKE LLP**

By: /s/ Jessica R. Garrity
Jessica R. Garrity, Esq. (*Admitted PHV*)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel.: (612) 672.3206
jessica.garrity@bowmanandbrooke.com

Christopher R. Carton, Esq. (5611090)
Erica S. Mekles, Esq. (4849543)
52 Duane Street, 7th Floor
New York, NY 10007
Tel.: (646) 844.9252
chris.carton@bowmanandbrooke.com

***Attorneys for Defendants Elutia, Inc. and Berkeley Biologics, LLC***

**SO ORDERED.**

Dated: 8/10/2026, 2026
New York, New York

[signature]
Hon. Mary Kay Vyskocil
United States District Judge