USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CARMELO TRIPODI,

Plaintiff,

v.

ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC., DCI DONOR SERVICES, INC. D/B/A TENNESSEE DONOR SERVICES, BERKELEY BIOLOGICS, LLC AND HENRY SCHEIN, INC.

Defendants.

Case No. 1:26-CV-1088

**~~[PROPOSED]~~ CONSENT ORDER STAYING HENRY SCHEIN, INC.'S CROSS-CLAIMS AGAINST DCI DONOR SERVICES, INC.**

Upon consideration of the Joint Letter Motion brought by Defendants Henry Schein, Inc. ("HSI") and DCI Donor Services, Inc. ("DCIDS") (jointly the "Parties") requesting a limited stay of HSI's cross-claims against DCIDS, the record in this action, and the consent of HSI and DCIDS, and for good cause shown, it is hereby:

**ORDERED** that the Joint Letter Motion is **GRANTED** to the extent set forth herein; and it is further

**ORDERED** that HSI's cross-claims against DCIDS, including all related proceedings and discovery concerning HSI's cross-claims against DCIDS, are **STAYED** pending further order of the Court; and it is further

**ORDERED** that this Order does not stay Plaintiff's claims against any Defendant or any other claims, defenses, discovery, or proceedings in this action, except as expressly set forth herein; and it is further;

**ORDERED** that this Order does not resolve the merits of HSI's cross-claims and is without prejudice to the Parties' respective claims, defenses, objections, and positions, including either Party's ability to pursue any available alternative dispute-resolution process upon lifting of the stay; and it is further;

**ORDERED** that HSI and DCIDS shall submit a joint status letter within either: (1) 90 days after entry of this Order; or (2) 14 days after the settlement, dismissal, or other final resolution of all of Plaintiff's claims. The joint status letter shall advise the Court whether the stay should be continued, lifted, or modified and propose any appropriate further proceedings, or provide such other information as the Court may direct.

**CONSENTED TO:**

**HARRIS BEACH MURTHA CULLINA PLLC**

By: Anthony Ruzzi
Kelly Jones Howell, Esq.
Anthony J. Ruzzi, Esq.
*Attorneys for Defendant(s)*
*Henry Schein, Inc.*
100 Wall Street, 23rd Fl.
Khowell@harrisbeachmurtha.com
aruzzi@harrisbeachmurtha.com

**LEWIS BRISBOIS**

By: Aryan Vavila
Jennifer Yuen, Esq.
Aryan Vavila, Esq. on consent
*Attorneys for Defendant(s)*
*DCI Donor Services, Inc. d/b/a Tennessee Donor Services*
140 Broadway, 31st Fl.
New York, New York 10005
jennifer.yuen@lewisbrisbois.com
Aryan.vavila@lewisbrisbois.com

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

Mary Kay Vyskocil
Hon. Mary Kay Vyskocil
United States District Judge